1  SEYFARTH SHAW LLP
   Catherine M. Dacre (SBN 141988))
2  560 Mission Street, 31st Floor
   San Francisco, California 94105
3  Telephone: (415) 397-2823
   Facsimile: (415) 397-8549
4  Email: cdacre@seyfarth.com
   Attorneys for Defendant
5  DELOITTE & TOUCHE LLP

6  Edward J. Wynne (SBN 165819)
   WYNNE LAW FIRM
7  100 Drakes Landing Road, Suite 275
   Greenbrae, CA  94904
8  Telephone: (415) 461-6400
   Fax: (415) 461-3900
9  Email: ewynne@wynnelawfirm.com
   Attorneys for Plaintiff Jason James
10

11
                   UNITED STATES DISTRICT COURT
12
                   NORTHERN DISTRICT OF CALIFORNIA
13

14
                                              )   Case No. C11-02027 JW
15 JASON JAMES, individually and on behalf of )
   all others similarly situated,             )   **STIPULATION AND [~~PROPOSED~~]**
16                                            )   **ORDER TO EXTEND TIME FOR**
              Plaintiffs,                     )   **FILING ANSWER**
17                                            )
        vs.                                   )   Dept: Courtroom 5, 17th Flr
18                                            )   Judge: Hon. James Ware
   DELOITTE & TOUCHE LLP, a limited           )
19 liability partnership,                     )   Complaint Filed: April 26, 2011
                                              )
20            Defendant.                      )
                                              )
21

22        Defendant Deloitte & Touche LLP ("Defendant") has filed a motion to dismiss, stay, or,

23 in the alternative, transfer venue, currently set for hearing on this Court's calendar on September

24 19, 2011. Defendant has filed two motions seeking to advance the hearing date on the motion to

25 dismiss: an administrative motion to request hearing on motion to dismiss, stay or transfer, and a

26 motion to shorten time for hearing on the motion. The responsive pleading to Plaintiff's

27 complaint is due on May 18, 2011.

28        The parties hereby stipulate as follows, and seek a court order approving said stipulation:

1  The time for filing an answer to Plaintiff's complaint is extended until after the above-referenced administrative motions have been resolved.  The answer is due two weeks after an order on the administrative motions is issued.

IT IS SO STIPULATED.

DATED:  May 17, 2011          SEYFARTH SHAW LLP

By   \s\     CATHERINE M. DACRE
         Catherine M. Dacre
Attorneys for Defendant DELOITTE & TOUCHE LLP.

DATED:  May 17, 2011          WYNNE LAW FIRM

By   \s\     EDWARD J. WYNNE
         Edward J. Wynne
Attorneys for Plaintiff JASON JAMES

GOOD CAUSE APPEARING THEREFOR,

the stipulation of the parties to extend the time to answer Plaintiff's complaint is hereby approved.  The answer is due two weeks after an order is issued on the pending administrative motions filed by Defendant.

IT IS SO ORDERED.

DATED:  May 18, 2011

HONO[RABLE]

*IT IS SO ORDERED*
*Judge James Ware*
United States District Court, Northern District of California

13400391v.1

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR FILING ANSWER / CASE NO. 11 CV 02027JW

2