AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN                DISTRICT OF                NEW YORK

### APPEARANCE

Case Number: 11-cv-04554

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiffs.

I certify that I am admitted to practice in this court.

| 7/5/2011 | /s/ Adam T. Klein | |
|---|---|---|
| Date | Signature | |
| | Adam T. Klein | AK 3293 |
| | Print Name | Bar Number |
| | Outten & Golden LLP, 3 Park Avenue, 29th Floor | |
| | Address | |
| | New York | NY | 10016 |
| | City | State | Zip Code |
| | (212) 245-1000 | (212) 977-4005 |
| | Phone Number | Fax Number |