## OUTTEN & GOLDEN LLP

*Advocates for Workplace Fairness*

Wayne N. Outten
Anne Golden
Adam T. Klein
Laurence S. Moy
Kathleen Peratis
Justin M. Swartz
Jack A. Raisner
Wendi S. Lazar
Carmelyn P. Malalis
Tammy Marzigliano
René S. Roupinian

Allegra L. Fishel
Lewis M. Steel
Nantiya Ruan
Samuel R. Miller
Paul W. Mollica

Delyanne D. Barros
Rachel M. Bien
Katherine Blostein
Molly Brooks
Cara E. Greene
Mariko Hirose
Sonia R. Lin
Seth M. Marnin
Ossai Miazad
Carmel Mushin
Melissa Pierre-Louis
Sandra Pullman
Lauren Schwartzreich
Michael Scimone
Dana Sussman
Juno Turner

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/30/11

**MEMO ENDORSED**

August 26, 2011

**By Hand**
The Honorable Richard M. Berman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

RECEIVED
AUG 29 2011
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

Re: *Gersten v. Deloitte & Touche, LLP, et al.*, 11-cv-2461 (RMB)
*James v. Deloitte & Touche, LLP* 11-cv-4554 (RMB)

Dear Judge Berman,

We are counsel for plaintiffs in the above-referenced consolidated cases. We write to respectfully request an extension of Plaintiffs' deadline to file a Reply to Defendants' Opposition to Plaintiffs' Motion for Conditional Certification and Court Authorized Notice. The current deadline for Plaintiffs' Reply is August 31, 2011. We request that the Court extend this deadline to September 14, 2011.

We request this extension because of the volume of documents filed by Defendants with their recent Opposition brief. We thank the Court for its consideration of this request, which is the first request for an extension of this deadline. Defendants consent to this request.

Respectfully submitted,

Ossai Miazad

cc: Peter A. Walker, Esq. (by facsimile and email)
Christopher Lowe (by facsimile and email)
Max Folkenflik, Esq. (by facsimile and email)
Justin M. Swartz, Esq.

Plaintiffs' reply is due 9/7/11.

SO ORDERED:
Date: 8/29/11
Richard M. Berman, U.S.D.J.

*Weg and Myers, P.C.*

The Honorable Richard M. Berman, USDJ
Re: G. Investors Holding, LLC
August 26, 2011
Page 2 of 2

have spoken with my adversary and they are not opposed to this request to adjourn the submission of the Pre-Trial Order to September 6, 2011.

          Respectfully yours,

          WEG AND MYERS, P.C.,
          *Attorneys for Plaintiff*
          STEPHEN CARB AS TRUSTEE
          OF LOLLYTOGS, INC. TRUST

          By_____
              D. Christopher Mason

DCM/kc
Jay W. Cho
Seyfarth Shaw, LLP
620 Eighth Avenue
New York, NY 10018