

# FOLKENFLIK & McGERITY

ATTORNEYS AT LAW

1500 BROADWAY
NEW YORK, NEW YORK 10036

TELEPHONE: 212-757-0400
FAX: 212-757-2010

WRITER'S E-MAIL: MAX@FMLAW.NET

September 14, 2011

**VIA FACSIMILE 212-805-7932**

Honorable Theodore H. Katz
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
Room 17D
New York, NY 10007-1312



Re: *Gersten v. Deloitte & Touche LLP et al - 1:11-cv-02461 (RMB)*
*James v. Deloitte & Touche LLP - 1:11-cv-4454 (RMB)*

Dear Judge Katz:

I am writing on behalf of counsel for Plaintiffs and Defendants. Counsel have not yet resolved all differences or concluded document production for a production of witnesses, which are the subjects of disputes raised before Your Honor. However, we have made excellent progress in resolving those disputes that identify areas where the parties may need the assistance of the Court, and in narrowing the disputes which continue to exist. We request the opportunity to make a more formal status report with greater detail a week from today.

Respectfully,

Max Folkenflik

MF/vm
cc: Peter A. Walker, Esq. *(via e-mail)*
Christopher Lowe, Esq. *(via e-mail)*
H. Tim Hoffman, Esq. *(via e-mail)*
Justin M. Swartz, Esq. *(via e-mail)*
Ossai Miazad, Esq. *(via e-mail)*

Granted.

**SO ORDERED**
9/14/11

THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE