UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/22/11

------------------------------------------------------------X

DINA Z. GERSTEN, individually and on
behalf of all others similarly situated,

                        Plaintiffs,

    -against-

DELOITTE & TOUCHE LLP and DELOITTE
LLP,

                        Defendants.

11 Civ. 2461 (RMB) (THK)

------------------------------------------------------------X

JASON JAMES, individually and on behalf of all
others similarly situated,

                        Plaintiffs,

    -against-

DELOITTE & TOUCHE LLP, a limited liability
partnership,

                        Defendant.

11 Civ. 4554 (RMB) (THK)

**CONSOLIDATION ORDER**

------------------------------------------------------------X

Based upon the record herein, including the proceedings held before the Court on August 23, 2011 and November 22, 2011, respectively, it is hereby ordered as follows:

(1) Gersten v. Deloitte & Touche LLP, et al., 11 Civ. 2461 and James v. Deloitte & Touche LLP, 11 Civ. 4554 (collectively, "Consolidated Actions"), are consolidated for all purposes under Rule 42(a) of the Federal Rules of Civil Procedure. The parties shall combine all future discovery demands, and conduct all future depositions and motion practice(s) jointly.

(2) Max Folkenflik of Folkenflik & McGerity, and Justin Swartz of Outten & Golden LLP are designated as co-lead counsel, so long as they work together cooperatively and without duplication. Subject to the foregoing, Mr. Folkenflik shall be the primary contact for all purposes.

(3) The Consolidated Actions shall be referred to collectively as <u>In re Deloitte & Touche LLP Overtime Litigation</u>, Master file No. 11 Civ. 2461 (RMB) (THK).

(4) The Clerk of Court shall establish a Master Docket and Master File using the following caption:

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
                                                                 :
IN RE DELOITTE & TOUCHE LLP OVERTIME    :    Master File
LITIGATION                                                       :    No. 11 Civ. 2461 (RMB) (THK)
                                                                 :
-----------------------------------------------------------------x

The Clerk of Court shall file all pleadings and other papers in the Master File and note such filings on the Master Docket.

(5) The parties in the Consolidated Actions shall file all papers in the Master Docket.

Dated: New York, New York
       November 22, 2011

                                              _____
                                              **RICHARD M. BERMAN, U.S.D.J**